VIKTORIA RABKEVICH et al., Landlords, Respondents, *v.* ANNA GOLD et al., Tenants, Appellants.

Supreme Court, Appellate Term, Second Department, April 11, 1946.

*William Reich* for appellants.

*Meyer Wiener* for respondents.

MEMORANDUM *Per Curiam.* The landlords failed to establish an " immediate compelling necessity " (Rent Regulation for Housing in New York City Defense-Rental Area, § 6, subd. [a], par. [6]; 10 Federal Register 11667) for the apartment presently occupied by the tenants. Such necessity " imports more than desire or convenience " and must be " real, immediate and urgent." (Rent Regulation for Housing with Official Interpretations, § 6, subd. [a], par. [6], Interpretation VIII, issued Jan. 10, 1946.)

The final order and judgment should be unanimously reversed upon the law and facts, with $30 costs to the tenants, and petition dismissed, with appropriate costs in the court below.

MACCRATE, McCOOEY and STEINBRINK, JJ., concur.

Order and judgment reversed, etc.